

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 03 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

YAQUI BENSON, )
      Plaintiff, )
v. )
SIDLEY AUSTIN, LLP, )
      Defendant. )

Case Number: 1:18-cv-06870

Judge John Z. Lee

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, Yaqui Benson, hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not yet been served in this action, nor has it served an answer or motion for summary judgment. No proof of service has been attached because no defendant has been served.

Yaqui A. Benson (*pro se*)
~~1111 W. 14th Pl. No. #116~~ 710 W 14th St, #519
Chicago, Illinois ~~60608~~ 60607

Dated: November 30, 2018

ACTIVE 237928248v.1